IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30045
Conference Calendar
_____


WILLIAM MARTIN,

                                        Plaintiff-Appellant,

versus

UNKNOWN SCHOTT, Captain; EDDIE VEAL, Lieutenant;
DAVID BONNETTE, Warden; UNKNOWN WASHINGTON, Lieutenant;
NORRIS BONTON, Sergeant; UNKNOWN HUNT, Sergeant,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-3342-M2
--------------------
October 25, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Willie Martin ("Martin"), Louisiana prisoner # 111528, appeals from the judgment entered in favor of defendants Eddie Veal ("Veal") and Willie Washington ("Washington") following a jury trial on his excessive-force claims in his 42 U.S.C. § 1983 action. He argues that: (1) the jury erred because it did not find that the medical records were sufficient proof that he was beaten by Veal and Washington; and (2) the district court erred

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

because it did not grant him a directed verdict on the grounds of contradictory testimony.

Martin had a responsibility to provide a trial transcript to resolve both issues because both issues challenge findings or conclusions made on the basis of evidence adduced at a hearing or trial.  See Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992).  His failure to provide a trial transcript prevents this court from reviewing his arguments.  See Richardson v. Henry, 902 F.2d 414, 415-16 (5th Cir. 1990).  Accordingly, Martin's appeal is DISMISSED.  See id. at 416; 5th Cir. R. 42.3.2.

APPEAL DISMISSED.